IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VALERIE THOMAS, on behalf of herself and all others similarly situated, | ) Case No.: 22-cv-2533 )  ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SPRING OAKS CAPITAL, LLC | ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Defendant, SPRING OAKS CAPITAL, LLC, by and through its attorneys, as and for its Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446, and in support thereof, respectfully states as follows:

1. On October 19, 2021, Valerie Thomas ("Plaintiff") filed a putative class action in the Circuit Court of Cook County, Illinois County Department, Chancery Division, Illinois, which was captioned Shaundra Pratt, on behalf of herself and all others similarly situated v. United Collection Bureau, Inc. and docketed as Case No. 2021-CH-05345. On February 25, 2022, Plaintiff filed a First Amended Class Action Complaint ("Amended Complaint"), which was captioned Valerie Thomas, on behalf of herself and all others similarly situated v. Spring Oaks Capital, LLC. A copy of the Amended Complaint is attached hereto as Exhibit A.

2. At the same time as filing the Amended Complaint, Plaintiff filed a Motion for Class Certification. A copy of the state court motion for class certification is attached hereto as Exhibit B.

1

3. On April 14, 2022, Plaintiff served Defendant with a Summons and the Amended Complaint. This notice of removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days after service of the Summons and Amended Complaint. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

4. The Amended Complaint asserts a federal cause of action against Defendant for purported violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*.

5. This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the Amended Complaint upon the Defendant. 28 U.S.C. § 1446(b).

6. 28 U.S.C. § 1441(b) provides as follows:

> Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought.

7 The United States District Court for the Northern District of Illinois has federal question jurisdiction over these claims due to the fact that the allegations against Defendant contained in the Amended Complaint arise under the Constitution, laws or treaties of the United States. 28 U.S.C. § 1331.

8. In the Amended Complaint, Plaintiff seeks recovery under the FDCPA, the only statute referenced in the Amended Complaint.

9. Therefore, the Amended Complaint on its face initially invokes federal question jurisdiction in this Court.

10. Based on the foregoing, Defendant is entitled to remove this action in good faith to this Court under 28 U.S.C. §§ 1441 *et seq.* and 1446 *et seq.*

11. Concurrent with the filing of this Notice of Removal, Defendant is filing a Notice of Filing Notice of Removal with the Circuit Court of Cook County, Illinois County Department, Chancery Division, Illinois.

WHEREFORE, Defendant, SPRING OAKS CAPITAL, LLC, respectfully requests that this case proceed in this Court as an action properly removed to it.

Respectfully submitted,

SPRING OAKS CAPITAL, LLC

By: /s Stacie E. Barhorst
    One of its attorneys

Stacie E. Barhorst
Kaplan, Papadakis & Gournis, P.C.
180 N. LaSalle St.
Suite 2108
Chicago, Illinois 60601
(312) 726-0531
(312) 726-4928 (fax)
sbarhorst@kpglaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 13, 2022, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing Notice of Removal by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

Seth B. McCormick, Esq.
Great Lakes Consumer Law Firm, LLC
73 W. Monroe Street, Suite 100
Chicago, IL 60603
seth@glclf.com

Celetha Chatman, Esq.
Community Lawyers LLC
980 N. Michigan Avenue, Suite 1400
Chicago, IL 60611
cchatman@communitylawyersgroup.com

                                                       /s/ Stacie E. Barhorst
                                                       Stacie E. Barhorst